JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

POE TORRES, et al.,                           )        Case No.: SACV 12-942 DSF (RZx)
                   Plaintiffs,                )
                                              )
        vs.                                   )        JUDGMENT
                                              )
DEUTSCHE BANK NATIONAL                        )
TRUST CO., et al.,                            )
                                              )
                   Defendants.                )
_____               )

        The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

ordered that the complaint be dismissed and Plaintiffs having failed to amend their

complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action

be dismissed with prejudice, and that Defendants recover their costs of suit

pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

                        2/1/13

Dated: _____              _____
                                                    Dale S. Fischer
                                            United States District Judge