1

2

3

JS 6

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   POE TORRES, et al.,                    )        Case No.: SACV 12-942 DSF (RZx)
                                             )
12                  Plaintiffs,             )
                                             )
13          vs.                             )        JUDGMENT
                                             )
14   DEUTSCHE BANK NATIONAL                 )
     TRUST CO., et al.,                     )
15                                           )
                    Defendants.             )
16                                           )
     _____        )
17                                           )

18

19          The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

20   ordered that the complaint be dismissed and Plaintiffs having failed to amend their

21   complaint in the time allowed by the Court,

22   IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action

23   be dismissed with prejudice, and that Defendants recover their costs of suit

24   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25                  2/1/13

26   Dated: _____         _____
                                                  Dale S. Fischer
27                                           United States District Judge

28